**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Margarito ARGUELLO, Defendant–**
**Appellant.**

No. 12–13722
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 6, 2013.

Timothy J. Abraham, Wifredo A. Ferrer, Adam C. McMichael, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Timothy Cone, Federal Public Defender's Office, Fort Lauderdale, FL, Fletcher Peacock, Federal Public Defender's Office, Fort Pierce, FL, Margarito Arguello, FCI Marianna–Inmate Legal Mail, Marianna, FL, for Defendant–Appellant.

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Timothy Cone, appointed counsel for Margarito Arguello in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Arguello's conviction and sentence are **AFFIRMED.**